UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORIANO GERMAINE HUDSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-03881-SI<br><br>**JUDGMENT** |

This action is dismissed with prejudice.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 8, 2019

_Susan Illston_

SUSAN ILLSTON
United States District Judge